### CHUPP v. STATE.

No. 26905.

Court of Criminal Appeals of Texas.

May 5, 1954.

Motion to Reinstate Appeal Denied

June 9, 1954.

### SOWELLS v. STATE.

No. 27029.

Court of Criminal Appeals of Texas.

June 9, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

674

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $250.

The record contains no notice of appeal, and this court is without jurisdiction.

The appeal is dismissed.

On Motion to Reinstate Appeal

GRAVES, Presiding Judge.

This cause has been previously dismissed by virtue of the fact that a proper notice of appeal did not appear in the record.

We are now referred to a copy of the court's trial docket in which it seems that he entered thereon at the time of overruling the motion for new trial the following notation:

"Motion for new trial and amendment to said motion, filed on 18th Jan. 1954, after hearing same the court hereby overrules said motion to which the defendant excepted and gave notice of appeal to the Court of Criminal Appeals at Austin, Texas."

Under the decisions of this court, especially Greathouse v. State, 245 S.W.2d 267, it is held as follows:

"We find no notice of appeal contained in the record. 'A memorandum on the docket of the judge * * * is not sufficient' to effect an appeal to this Court. 4 Texas Jurisprudence, Section 78, page 117."

The motion to reinstate the appeal is therefore overruled.

M. Gabriel Nahas, Jr., James Royall, Houston, for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was charged with the unlawful possession of barbiturates, and upon his trial before the court, he was found guilty and his punishment assessed at a fine of $500 and confinement in the county jail for a term of six months.

The testimony adduced upon the trial is to the effect that Cecil Rose, a member of the State Highway Patrol, on the 27th day of October, 1953, while patrolling Highway 75, about three miles south of Houston in Harris County, observed a 1953 Mercury automobile travelling down the road at a high rate of speed and "driv-